David H. Waters, CASB# 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB# 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:  (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendant Federal Deposit Insurance Corporation as Receiver of INDYMAC BANK, FSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND JAY LARUE and LINDA JEAN LARUE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>INDYMAC MORTGAGE SERVICES, A DIVISION OF ONE WEST BANK; INDYMAC BANK F.S.B.; AZTEC FORECLOSURE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., CALVIN HENDERSON and DOES 1 – 20, inclusive,<br><br>　　　　　Defendants. | No. 2:10-cv-00818-MCE-KJM<br><br>**State Court Case No. CIV 489367**<br><br>**ORDER DISMISSING INDYMAC BANK, F.S.B. AND FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF INDYMAC BANK, F.S.B.**<br><br>Complaint Filed:  November 6, 2009<br>Trial Date:　　　None |

///

///

///

1 | GOOD CAUSE APPEARING therefore, it is hereby Ordered that the Complaint of Plaintiffs EDMUND JAY LARUE and LINDA JEAN LARUE be, and is hereby, dismissed with prejudice as to IndyMac Bank, FSB and Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, FSB. Each party shall bear his or its own costs.

The case remains active as to other Defendants.

IT IS SO ORDERED.

DATED: April 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE